IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DISVISION

| | |
|---|---|
| ELMEDIN TINJAK, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>BIANCHI USA, INC.,<br>et al.,<br><br>    Defendants. | ) Civil Action 2-22-CV-2853<br>)<br>) JUDGE: Sarah D. Morrison<br>) Magistrate Judge: Elizabeth P. Powers<br>)<br>) **AGREED ORDER OF DISMISSAL**<br>)<br>) |

**COME NOW the parties,** by and through their respective attorneys of record, and hereby agree and stipulate to the following:

The parties have reached a settlement and agree to dismiss the above-captioned case with prejudice. The parties request that the Court dismiss this case with prejudice, with each party to bear its own costs and attorney's fees. The parties request that the Court retain jurisdiction to enforce the terms of the settlement agreement, if necessary.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the above-captioned case is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce the terms of the settlement agreement, if necessary.

**IT IS SO ORDERED**

                                                                                    **Judge**

**AGREED:**

| | |
|---|---|
| /s/ Timothy McKay | /s/ Jacob J. Beausay – per email authority |
| Attorney for Defendants | Jacob J. Beausay (0085213) |
| Cycleurope USA, Inc. d/b/a Bianchi USA | BEAUSAY & NICHOLS LAW FIRM |
| Mailing address: | 7650 Rivers Edge Dr., Suite 150 |
| P.O. Box 64093 | Columbus, Ohio 43235 |
| St. Paul, MN 55164-0093 | Tele: 614.785.6193 |
| Direct: (513)744-6447 | Fax: 614.848.4171 |
| Office: (513)639-5340 | jjb@beausaylaw.com |
| Fax: (513)639-5348 | *Trial Attorney for Plaintiffs* |
| temckay@travelers.com | |